Erica A. Maharg (Bar No. 279396)
George Torgun (Bar No. 222085)
SAN FRANCISCO BAYKEEPER
1736 Franklin St., Suite 800
Oakland, California 94612
Telephone: (510) 735-9700
Facsimile: (510) 735-9160
Email: erica@baykeeper.org
Email: george@baykeeper.org

Attorneys for Plaintiff
SAN FRANCISCO BAYKEEPER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SAN FRANCISCO BAYKEEPER, a non-profit corporation, | Civil No. 5:15-cv-05633-BLF |
|---|---|
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER |
| v. | |
| CSL OPERATING, LLC, | |
| Defendant. | (Federal Water Pollution Control Act, 33 U.S.C. § 1251 *et seq.*) |
| | Judge Beth Labson Freeman |

TO THE COURT:

PLEASE TAKE NOTICE that Plaintiff San Francisco Baykeeper ("Baykeeper") and Defendant CSL Operating, LLC ("CSL") (collectively, the "Parties") have reached a tentative settlement in this action, which was executed by the Parties. As required by 33 U.S.C. section 1365(c)(3) and 40 C.F.R. section 135.5, a copy of the [Proposed] Consent Decree was sent to the U.S. Department of Justice and U.S. Environmental Protection Agency via U.S. Certified Mail on February 23, 2016. Upon expiration of the 45-day review period, the Parties will request that the Court (1) approve and execute the [Proposed] Consent Decree, which provides continuing Court jurisdiction over any disputes which may arise between the Parties under the agreement, and (2) approve and execute an Order dismissing the Complaint with prejudice.

In light of the settlement and 45-day statutory period, the Parties respectfully request that the Court vacate from its calendar the Case Management Conference scheduled for March 17, 2016 and all other deadlines included in the Order Setting Initial Case Management Conference and ADR Deadlines, filed on December 10, 2015.

WHEREFORE, Baykeeper respectfully requests that the Court approve and enter the [Proposed] Order below.

DATE: February 23, 2016                    Respectfully submitted,

                                           SAN FRANCISCO BAYKEEPER


                                           /s/ Erica A. Maharg
                                           ―――――――――――――――――

                                           Erica A. Maharg
                                           Attorneys for Plaintiff
                                           SAN FRANCISCO BAYKEEPER

[PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference set for March 17, 2016 and all other deadlines included in the Order Setting Initial Case Management Conference and ADR Deadlines filed December 10, 2015 are vacated.

The Court DIRECTS the parties to file an update on the status of settlement by April 25, 2016.

DATE: February 23, 2016

_____
Honorable Beth Labson Freeman